IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

|  |  |  |
|---|---|---|
| MICHAEL GEORGE DICKSON, AKA MALIK M S BEY | ) ) ) ) | No.  SA-18-CV-00205 |
| Plaintiff, | ) ) | (originally No. 2018-CI-01628 in Bexar County District Court) |
| v. | ) ) |  |
| BOARD OF GOVERNORS OF FEDERAL RESERVE SYSTEM | ) ) ) |  |
| Defendant. | ) ) |  |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1442 and 1446, Defendant the Board of Governors of the

Federal Reserve System, by and through the United States Attorney for the Western District of

Texas and the undersigned Assistant United States Attorney, hereby files this Notice of Removal

in order to remove the action now pending as Case No. 2018-CI-01628 in the District Court for

the 438th Judicial District in Bexar County, Texas, and in support of this Notice of Removal

states as follows:

1.      On January 29, 2018, Plaintiff Michael George Dickson (who also calls himself

Malik-Mikaere: Saleem Bey) filed suit in the 438th Judicial District Court in Bexar County,

Texas, styled as follows: "Malik-Mikaere: Saleem Bey, DBA Dickson Michael George" v.

Board of Governors of the Federal Reserve System, Case No. 2018-CI-01628.  (See Exhibit 1.)

2.      The Defendant received the Citation and "Complaint" on February 8, 2018;

however, it was not properly served because it was not addressed to Defendant's registered agent

for process and did not properly name the Defendant.

3.      Plaintiff is proceeding *pro se* in this action, and it is consequently difficult to determine the nature of his claims.  His claim appears to relate in some manner to a check that was sent for processing to the "FRB" and which was rejected as fraudulent.  (Exhibit 1.)

4.      Plaintiff's suit appears to request a declaration of his rights, inter alia, to issue checks or receive amounts of money that he alleges are in an account, or to receive a cashier's check for the same amounts.   (Id. at 4-5.)

5.      Removal of Plaintiff's claims to this Court is appropriate because his lawsuit is against the Board of Governors of the Federal Reserve System, which is a Federal Government agency.  28 U.S.C. § 1442(a)(l).  Removal under § 1442(a) removes the entire action, not just particular claims or particular parties.  See 28 U.S.C. § 1442(a)(l) (stating that a "civil action" may be removed).  Because the state court action was filed in Bexar County, venue in this Division is proper. 28 U.S.C. § 1442(a).

6.      Pursuant to 28 U.S.C. § 1446(a), attached are true and correct copies of all papers received by Defendant. (See Exhibit 1.)

7.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed today with the 438th Judicial District Court in Bexar County, Texas, in Case No. 2018-CI-01628. A true and correct copy of the notice to the state court submitting this Notice of Removal is attached hereto as Exhibit 2.

8.      Pursuant to Local Court Rule CV-3(a), a JS 44 Civil Cover Sheet is attached hereto as Exhibit 3.   Because this case is being initiated via removal, a Supplement to JS 44 is attached as Exhibit 4.

9.      Pursuant to 28 U.S.C. § 1447(b), Defendant is attaching as Exhibit 5 a copy of all records on file in the underlying State court action.[1]

10.     Wherefore, Defendant provides Notice that the action now pending in the 438th Judicial District Court in Bexar County, Texas, in Case No. 2018-CI-01628, is removed to this Court.

Dated:  March 1, 2018

Respectfully submitted,

JOHN F. BASH
United States Attorney

By:     /s/Joseph C. Rodriguez
        Joseph C. Rodriguez
        Assistant United States Attorney
        Counsel for the Board of Governors of the
        Federal Reserve System
        601 NW Loop 410, Suite 600
        San Antonio, Texas  78216-5597
        Tel: 210-384-7305
        Fax: 210-384-7312

        Katherine H. Wheatley
        Associate General Counsel

By:      /s/Yonatan Gelblum
        Counsel for the Board of Governors of the
        Federal Reserve System
        20th & C Streets, N.W.
        Washington, D.C.  20551
        Tel: 202-452-2046
        Fax: 202-736-5615
        Email: Yonatan.gelbum@frb.gov

---

[1] To protect Plaintiff's privacy, social security numbers, dates of birth, and financial account numbers have been redacted in the Exhibits attached to this Notice.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March 2018, a true and correct copy of the

foregoing was served via first class mail on:


Malik Mikaere Saleem Bey
8610 Woodpath Ln
Houston, TX 77075-5738


Joseph C. Rodriguez
Assistant U.S. Attorney

4