# EXHIBIT 1

CERTIFIED MAIL #70160600000041394773

Case Number: 2018-CI-01628

2018CI01628 S00001

**MALIK M S BEY**

**vs.**

**BOARD OF GOVERNORS OF THE FEDERAL RESER**

(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
438th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

**DIRECTED TO:**     GOVERNORS OF THE FEDERAL RESERVE SYSTEM

                  20TH CONSTITUTIONA AVE
                  N W WASHINGTON DC 20551

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL ADMINISTRATIVE ACT: SURCHARGING AFFIDAVIT OF TRUTH AND FACT, a default judgment may be taken against you." Said CITATION with ORIGINAL ADMINISTRATIVE ACT: SURCHARGING AFFIDAVIT OF TRUTH AND FACT was filed on the 29th day of January, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 1ST DAY OF February A.D., 2018.

MALIK MIKAERE SALEEM BEY
ATTORNEY FOR PLAINTIFF
8610 WOODPATH LN
HOUSTON, TX 77075-5738



**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By: *Isaias Ibarra,* Deputy

---

MALIK M S BEY
vs
BOARD OF GOVERNORS OF THE FEDERAL RESER

**Officer's Return**

Case Number: 2018-CI-01628
Court:438th Judicial District Court

Came to hand on the 1st day of February 2018, A.D., at 1:27 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20_____, by delivering to: _____ at 20TH CONSTITUTIONA AVE N W WASHINGTON DC 20551 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL ADMINISTRATIVE ACT: SURCHARGING AFFIDAVIT OF TRUTH AND FACT.

Cause of failure to execute this Citation is _____.

**Donna Kay McKinney**
Clerk of the District Courts of
Bexar County, TX
By: *Isaias Ibarra,* Deputy

ORIGINAL (DK003)



FROST ELLERADO TOWER
101 W. NUEVA, SUITE 217
ANTONIO, TEXAS 78205-3411

TURN SERVICE REQUESTED

7016 0600 0000 4134 4773

GOVERNORS OF THE FEDERAL RESERVE SYSTEM
20TH CONSTITUTIONA AVE
N W WASHINGTON, DC  20551

2010C101620 2/1/2010 CITCM  ISAIAS IBARRA

2018-CI-01628

438TH JUDICIAL DISTRICT COURT

DICKSON M GEORGE VS BOARD OF GOVERNOS O

DATE FILED: 01/29/2018

*C*

1 Malik-Mikaere: Sale~~~~ ~~~ ~~~~ ~~~~~~~~
DBA DICKSON MICHAEL GEORGE: Secured Party
2 Bailiff/Sole Beneficiary/Holder in Due Course
Auth. Rep of MICHAEL GEORGE DICKSON Llc
3 S.S. ▮▮▮▮▮▮▮▮ EIN ▮▮▮▮▮▮▮▮▮
c/o Non-Domestic Foreign mail PMB 8610 Woodpath Ln.
4 Houston Territory, Texas Republic—without the U.S.
[77075]

5

6 ## Administrative act:
### Surcharging Affidavit of truth and fact.

7

8 19JAN2018

9 Via Subrogate: DICKSON MICHAEL GEORGE, )   D-U-N-S No.:05-987-3884 Public record
                      Equitable Demandent, )   Reg mail:
10 vs.                                     )        **Complaint Bill**
BOARD OF GOVERNORS OF THE FEDERAL         )
11 RESERVE SYSTEM                          )
20th ST. & Constitutional Ave N.W.        )   Annulment of perpetual Justitium
12 Washington D.C. 20551                   )
D-U-N-S No.: 00-195-9410                   )
13                    Respondent et al,    )
                                          )
14

15 **Respondeat Superior** et al;

16

17 11/15/2017 A Legally validated, "Versacheck Security Business", third party

18 "Validated DNA Secure Check", verifiable at "gValidate.com"; Draft No:1008,

19 account #0▮▮▮▮▮▮ was lawfully sent for processing, (via Bank of America

20 checking account San Antonio) to the F.R.B. 1000 PEACHTREE ST. ATLANTA GA:

21 30309, and was returned stamped "FRAUD". "RETURN REASON–N ALTERED/FICTITIOS"

22 **(EX. A).** Due Diligence being mandatory in the financial industry, **Ignorantia**

23 **juris non excusat**, the **ex delicto** action taken is in violation of the

24 following Laws and Statutes, **inter alia.**

25 **1)RICO:** TITLE 18 U.S. CODE § 1961/62/63/64.65/66/67/68

26 **2)Malpractice:** improper, illegal, or negligent professional activity or

27 treatment, especially by a medical practitioner, lawyer, or public official

28

Complaint Bill – 1

AFFIDAVIT OF INABILITY

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2018 JAN 29 P 4:0▮
BY:_____
DEPUTY

3) **Subreption:** the deliberate concealment or misrepresentation of facts in order to gain some benefit or advantage.

4) **Statements or Entries Generally:** TITLE 18 U.S. CODE § 1001

5) **Fraud and related activity in connection with identification documents, authentication features, and information alleging facts contrary to truth.** :18 U.S. Code § 1028

6) **The Unwarranted imposition of Capitis Diminutio Maxima upon One's being.**

7) **Defamation of Character:** McGowen v. Prentice, La.App.,341 So.2d 55, 57

8) **Fraudulent Concealment:** Newell Bros. v. Hansen, 97 Vt.297, 123 A. 208, 210

9) **Grand larceny:** the offense of illegally taking the property of another—in which the value of the property taken is greater than that set for petit larceny.

10) **Depravation of Rights Under Color of Law:** TITLE 18 U.S. CODE § 242

11) **False Imprisonment:** Johnson vs. Jackson 43 Ill.APP2d 251, 193 N.E.2d 485, 489

12) **libel:** Bright v. Los Angeles School Dist. 51 Cal. App. 3d 852, 123 Cal. Rptr. 598, 604.


## Asseveration of fact


Being formerly known as Michael—George: Dickson, (**born, affected, declined, incorporated** and **escheated** (███████████)); I am **Malik-Mikaere: Saleem Bey**, a Living/Sentient, **Plenipotentiary** free man on the land, until legally and factually, proven otherwise, do hereby assert **Devine, Spiritual, Personal, and Subject Matter Jurisdiction** with **"Clean Hands"**, having reached the age of **"Majority"**, **In Propria Persona**, **Pro Se, Sui Juris** and **affirming** the **Revendication actions** taken and listed herein, are **Specifically** for these **Intents and Purposes:**

1) Refute: **"ATTENDED BY A PHYSICIAN"**, [Cretin] Birth certificate medical diagnoses.

2) Refute: "Minority/Wardship Status"

3) Refute: All foreign/external/Fraudulent (based on acquiescence due to Surcharge) Fiduciary/Custodian/Power of Attorney claims imposed upon the legal entity/Debtor known MICHAEL GEORGE DICKSON.

4) Asseveration of: National Identity, Honor and Equity

5) Asseveration of: **"American"**, **"Natural Person"**, **"IN FULL LIFE"** Status

6) Asseveration of: **Right to Demand**; In full, all "Inheritances" corporal and incorporeal, in accord with **ARTICLE 22 "TREATY OF PEACE AND FRIENDSHIP"** [1200] **1787.**

7) Asseveration of: **"Sole Allodium, Inalienable Birthright"** Entity ownership and account management for all **"Freehold Estate"** assets proceeds and products pertaining to, originating from and/or consisting of, **inter alia;**

      A) Accounts receivable

      B) Inventory

      C) Assets

      D) Accounts

      E) Chattel paper

### Revendication Actions Promulgated

1)Articles of Organization, formed 7/16/1967 under laws of Nevada, USA (EX. B)

2)[Birth Certificate] Inheritance/Estate Bond with correlating Transaction I.D. (EX. C)

1   3) UCC Financing Statement listing Collateral, debtor and Secured Party

2   (EX. D)

3   4) UCC Financing Amendment claiming any and all Assets (EX. E)

4   5) "Perfection of security interest" in accord with **U.C.C Section 9-303**

5   PUBLIC RECORD DUNN&BRADSTREET 05-9873884.

6

7   ### Sworn Asseveration Under Penalty Of Perjury

8

9   **I am**, Malik-Mikaere: Saleem Bey, being of sound Mind and Body, **in-Justness**,

10  having reached the age of Majority, Competent to conduct One's Own Affairs,

11  and hereby making this Asseveration, In Propria Persona, Pro Se, Sui Juris,

12  do Solemnly State, Declare & Swear that the Truths and Facts herein are;

13  firsthand personal knowledge, of One's own **Volition**, ~~Non-Assumpsit~~, Correct,

14  Certain, Relevant, Deliberate and Complete **Juris et de jure: I am**, Malik-

15  Mikaere: Saleem Bey, affirming **Nunc pro tunc**; never in the past, not now, nor

16  ever in the future, do I intend to purposely or otherwise avail myself to be

17  held in; physical, mental, spiritual, magical, factual, economic,

18  Hypothetical, theoretical, philosophical involuntary or voluntary; slavery,

19  wardship, drudgery, serfdom, tenant/vassalage, captivity, bondage, servitude,

20  thralldom, peonage, occupation, subjugation, benefits, privileges, and/or

21  opportunities offered, in any shape, form or fashion whatsoever, irrelevant

22  of nomen or type of enactment. **Leges posteriores priores contrarias abrogant.**

23

24  ### Judgement in Default/Decree/Effect

25

26  Having **Plenum Dominium** with **Sole Jurisdiction of, by, for** and in **Jus Divinum**,

27  [and in acceptance with U.S. Public law: Chap. 48, 48 Stat. 112] do hereby

28  **Decree**/order all relevant entities/parties to: Honor One's Checks/Drafts,

1   allowing one access to One's own book entry credit, fiscal value 11/15/2017:

2   3,156,100,431 USD. Account numbers: [SS] ███████ [EIN] ███████ and [D-U-N-

3   S] ███████ thereby making one who's name is on the[minority] account's

4   [held in custodial/majority TD accounts] the sole "Entity Account Manager"

5   or; Establish the same with equivocal account/s or; issuance of a [cashier's]

6   check for the "amount to date" fiscal value of the accumulated Estate's

7   mortgages, dividends products and proceeds or Cash me out. Obedience to the

8   law being de jure and de facto mandatory. **Actus judicarius coram non judice**

9   **irritus habetur; de ministerial autem a quocunque provenit ratum esto.**

10

11                              <u>**Rebuttals**</u>

12

13   Any "**Natural Person**", **man or woman**, having **firsthand irrefutable personal**

14   **knowledge and evidence** of all facts herein and having absolute power and

15   authority to rebut this "Affidavit/complaint" must do so in their Proper

16   Person, sui juris, affirming their own volition, with the rebutting party's

17   own name and signature, endorsement notarized, under penalty of perjury,

18   willing to testify, executed as true, correct, and complete with positive

19   proof attached. Absent positive proof any rebuttal shall be deemed null and

20   void having no force or effect, thereby waiving any counter claimant

21   immunities or defenses. Any rebuttal shall be mailed to the Demandant and the

22   Notary address within 21 calendar days of receipt of this Affidavit. Absent

23   of rebuttals received by both the Demandant and the Notary within 21 days of

24   receipt said Affidavit, this "Asseveration of Truth and Fact" shall stand

25   Authentic with full force of Law.

26

27

28

1   I now affix my Signature & Seal giving value to this, Sworn under Penalty of

2   Perjury "Surcharging Affidavit of Truth and Fact".

3   Without Prejudice, Under Reserve,

4   Author, Legal Demandant: _Malik:Bey_____

5   Malik-Mikaere: Saleem Bey, GRANTOR, Auth. Rep.

6   for MICHAEL GEORGE DICKSON, [▓▓▓▓▓▓▓▓]

7

8                                    **JURAT**

9   STATE OF TEXAS )
                   )
10  COUNTY OF BEXAR)

11  SUBSCRIBED AND SWORN TO BEFORE ME on this _24_ Day of _JAN._____, 2018,

12  by Malik-Mikaere: Saleem Bey, proved to me on the basis of satisfactory

13  evidence to be the man who appeared before me.

14

15

16  _____          Notary stamp

17    - Place Notary Signature Above -

18  Commission Expires _02/09/2020_

19

20

21

22

23

24

25

26

27

28                                                          Seal:

                          Complaint Bill - 6

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

**MICHAEL GEORGE DICKSON**
8610 WOODPATH LN
HOUSTON, TX 77075
510-871-0369

FRB
1000 PEACHTREE ST, N.E.
ATLANTA, GA 30309-4470
866-234-5681

05-10
00033

Ex. A    1008

DATE    *11/13/2017*
*Reference:*

PAY    **MICHAEL GEORGE DICKSON Llc**                    $   **7,000.00**

*SEVEN-THOUSAND AND 00/100*******************************************************    DOLLARS

TO THE
ORDER
OF
**MICHAEL GEORGE DICKSON Llc**
8610 WOODPATH LN
HOUSTON, TX 77075

VALIDATED DNA SECURE CHECK
Verify at gValidate.com

Memo _____



*1111012822*
11/15/2017
323309173

**ALTER/FICT**

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-N
ALTERED /
FICTITIOUS

*18370001*
*7251*
*1*
*02203*

Ex. A

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

Ex.B

## Office of the Secretary of State

## CERTIFICATE OF REGISTRATION OF NAME
## OF

### MICHAEL GEORGE DICKSON

The undersigned, as Secretary of State of Texas, hereby certifies that the above organization formed under the laws of Nevada, USA has registered its name in this office pursuant to the provisions of Section 5.152 of the Texas Business Organizations Code effective through 09/07/2017.

Issuance of this certificate of registration does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 09/07/2016



*Carlos H. Cascos*

Carlos H. Cascos
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555          Fax: (512) 463-5709          Dial: 7-1-1 for Relay Services
Prepared by: Carol Covey          TID: 10316          Document: 688400500004




| Form 502 | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $40 | <br>**Application for Registration<br>of an Entity Name** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 802536198 09/07/2016<br>Document #: 688400500004<br>Image Generated Electronically<br>for Web Filing** |

### Entity Name

The organization named below is a foreign filing entity not registered to do business in Texas, and submits this application to register its name under sections 5.151 to 5.152 of the Texas Business Organizations Code.

**MICHAEL GEORGE DICKSON**

### Entity Address

**8610 WOODPATH LN, HOUSTON, TX, USA 77075**

### Jurisdiction and Date of Formation

The organization was formed on **7/16/1967** under the laws of **NEVADA, USA**

### Nature of Business

The nature of the organization's business is:

**Solicitor,INTERNATIONAL TRADE, TRUST**

### Certification of Existence

The undersigned authorized person certifies that the organization validly exists and is doing business under the laws of its jurisdiction of formation as a:

**Foreign Limited Liability Company (LLC)**

### Letter of Consent

A letter of consent, if required is attached.

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **September 7, 2016**

**Hilear Godwin**

Signature of applicant, applicant's attorney or agent

FILING OFFICE COPY

**VitalChek Receipt**
**Nevada Vital Records**

Ex. C

Date / Time: **5/9/2017 05:31 PM CDT**
Order Number: **'67401384**
Line Item: **1 of 2**
Certificate Type: **BIRTH CERTIFICATE**
Name on Certificate: **MICHAEL GEORGE DICKSON**
· Event Date: ██████████
Number of Copies: **1**
Applicant's Phone: **(510)-871-0369**

**MICHAEL DICKSON**
**8610 WOODPATH LN.**
**HOUSTON, TX 77075**

| Method of Delivery: | |
|---|---|
| **UPS Air** | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | |
| Authorization Code: **07397D** | |
| Agency Fee: | **$40.00** |
| Other Agency Fee: | **$0.00** |
| Misc Fee: | **$0.00** |
| Shipping: | **$20.00** |
| · VCN Handling: | **$12.50** |
| **Total Order Fees:** | **$72.50** |

# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
### VITAL STATISTICS

STATE OF NEVADA — DEPARTMENT OF HEALTH AND WELFARE
DIVISION OF HEALTH — SECTION OF VITAL STATISTICS

**67-004233**

Registrar's No. **2384**    **CERTIFICATE OF LIVE BIRTH**    Birth No. 127.

**1.** PLACE OF BIRTH: STATE OF NEVADA
A. COUNTY **(Clark**

**2.** USUAL RESIDENCE OF MOTHER (Where does mother live?)
A. STATE **Nevada**    B. COUNTY **Clark**

B. CITY, TOWN, OR LOCATION **Las Vegas**
C. CITY, TOWN, OR LOCATION **Las Vegas**

C. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address) **So. Nevada Memorial Hospital**
D. STREET ADDRESS **1801 North "J" Street, Apartment 202D**

D. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES ☑ NO ☐
E. IS RESIDENCE INSIDE CITY LIMITS? YES ☑ NO ☐
F. IS RESIDENCE ON A FARM? YES ☐ NO ☑

**CHILD**

**3.** NAME (Type or print) — (First) **Michael** (Middle) **George** (Last) **Dickson**

**4.** SEX **Male**   **5A.** THIS BIRTH — SINGLE ☑ TWIN ☐ TRIPLET ☐   **5B.** IF TWIN OR TRIPLET, WAS CHILD BORN — 1ST ☐ 2D ☐ 3D ☐   **6.** DATE OF BIRTH (Month) (Day) (Year)

**FATHER**

**7.** NAME (First) **Velvet** (Middle) **Lee** (Last) **Dickson**   **8.** COLOR OR RACE **Negro**

**9.** AGE (At time of birth) **26 YEARS**   **10.** BIRTHPLACE (State or foreign country) **Texas**   **11A.** USUAL OCCUPATION **Commercial Artist**   **11B.** KIND OF BUSINESS OR INDUSTRY **Own Account**

**MOTHER**

**12.** MAIDEN NAME (First) **Dorothy** (Middle) **Lavon** (Last) **Haywood**   **13.** COLOR OR RACE **Negro**

**14.** AGE (At time of birth) **24 YEARS**   **15.** BIRTHPLACE (State or foreign country) **California**

**16.** PREVIOUS DELIVERIES TO MOTHER (Do NOT include this birth)
a. How many OTHER children are now living? **2**
b. How many OTHER children were born alive but are now dead? **0**
c. How many fetal deaths (fetuses born dead at ANY time after conception)? **0**

**17.** INFORMANT'S SIGNATURE *Dorothy Lavon Haywood Dickson*

**18.** MOTHER'S MAILING ADDRESS **1801 North "J" Street, Apartment 202D, Las Vegas, Nevada**

**18A.** SIGNATURE — I hereby certify that this child was born alive on the date stated above at **12:05 P.M.**   *Harrison H. Sheld, MD*
**18B.** ATTENDANT AT BIRTH — M.D. ☑ D.O. ☐ OTHER (Specify) ☐
**18C.** ADDRESS **Harrison H. Sheld, M.D. Las Vegas, Nevada**
**18D.** DATE SIGNED **7/18/67**

**19.** DATE REC'D BY LOCAL REG. **JUL 25 1967**   **20.** REGISTRAR'S SIGNATURE *Helen Davis Dep*   **21.** DATE ON WHICH GIVEN NAME ADDED ____ BY ____ (Registrar)

VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID





CERTIFIED COPY OF VITAL RECORDS

*Cody L. Phinney*
STATE REGISTRAR

This is a true and exact reproduction of the document officially registered and placed on file in the office of the State Registrar and Vital Records.

DATE ISSUED: **MAY 10 2017**

This copy is not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

THE GREAT SEAL OF THE STATE — NEVADA

STATE OF NEVADA — OFFICE of the STATE REGISTRAR and VITAL RECORDS — DEPARTMENT OF HEALTH AND HUMAN

Ex. D

Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193



**Carlos H. Cascos**
Secretary of State

## Office of the Secretary of State

September 20, 2016
Page 1 of 1
Filing Fee:      $5.00

**Total Filing Fee:**      $5.00

DICKSON, MICHAEL GEORGE
Attn: MICHAEL GEORGE DICKSON
8610 Woodpath ln
Houston, TX 77075 –

Re:  **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Initial Filing Number: 16-0030979843          Filing Date: 09/20/2016          Filing Time: 6:47 a.m.

Lapse Date: 09/20/2021          Document Number: 690396240002

| <u>Party Type</u> | <u>Party Name and Address</u> |
|---|---|
| Secured Party | **DICKSON MICHAEL GEORGE** |
| | **8610 WOODPATH LN., HOUSTON, TX, USA,** |
| Debtor | **MICHAEL GEORGE DICKSON** |
| | **8610 WOODPATH LN., HOUSTON, TX, USA,** |
| Debtor | **MICHAEL GEORGE DICKSON LLC** |
| | **8610 WOODPATH LN., HOUSTON, TX, USA,** |

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID: WEBSUBSCRIBER

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
MICHAEL GEORGE DICKSON 5108710369

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
DICKSON, MICHAEL GEORGE
8610 Woodpath ln
Houston, TX 77075
USA

FILING NUMBER: 16-0030979843
FILING DATE: 09/20/2016    06:47 AM
DOCUMENT NUMBER: 690396240002
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Michael George Dickson | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8610 Woodpath Ln. | Houston | TX | | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MICHAEL GEORGE DICKSON LLC | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8610 Woodpath Ln. | Houston | TX | | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Dickson | Michael | | George | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8610 Woodpath Ln. | Houston | TX | | USA |

4. COLLATERAL: This financing statement covers the following collateral:
STATE OF NEVADA-DEPARTMENT OF HEALTH AND WELFARE
DIVISION OF HEALTH-SECTION OF VITAL STATISTICS
REGISTRAR'S No. 24984 CERTIFICATE OF LIVE BIRTH No. 127-67-004233
1. PLACE OF BIRTH: STATE OF NEVADA
A. COUNTY: CLARK
B. CITY, TOWN, OR LOCATION: Las Vegas

C. NAME OF HOSPITAL OR INSTITUTION: So. Nevada Memorial Hospital

D. IS PLACE OF BIRTH INSIDE CITY LIMITS: YES
2. USUAL RESIDENCE OF MOTHER (Where does mother live)
A. STATE: Nevada
B. COUNTY: Clark
C. CITY, TOWN, OR LOCATION: Las Vegas

D. STREET ADDRESS: 1801 North "J" Street Apartment 202D
E. IS RESIDENCE INSIDE CITY LIMITS: YES
F. IS RESIDENCE ON A FARM: NO
CHILD
3. NAME: Michael George Dickson

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☑ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☑ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
802536198

page 2

UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor did not fit, check here ☐

OR
9a. ORGANIZATION'S NAME
Michael George Dickson
9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

OR
10a. ORGANIZATION'S NAME

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

OR
11a. ORGANIZATION'S NAME

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Godwin | Hilear | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8610 Woodpath Ln. | Houston | TX | | USA |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

4. SEX: Male

5. THIS BIRTH: single
6. DATE OF BIRTH: ████████
FATHER
7. NAME: Velvet Lee Dickson

8.COLOR OR RACE: Negro
9. AGE (At time of this birth):26 YEARS

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)
15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

14. This FINANCING STATEMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing
16. Description of real estate:

17. MISCELLANEOUS:

page 3

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left
blank because Individual Debtor name did not fit, check here ☐

OR | 9a. ORGANIZATION'S NAME
    **Michael George Dickson**
    9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**4. This FINANCING STATEMENT covers the following collateral:**

10. BIRTHPLACE (State or foreign country):Texas
11A. USUAL OCCUPATION: Commercial artist
11B. KIND OF BUSINESS OR INDUSTRY: Own Account
MOTHER
12. MAIDEN NAME:Dorothy Lavon Haywood

13. COLOR OR RACE: Negro

14. AGE (at time of birth): 24YEARS

15. BIRTHPLACE: California

16. PREVIOUS DELIVERIES BY MOTHER: 2
17. INFORMANT'S SIGNATURE: Dorothy Lavon Haywood Dickson
18. MOTHERS MAILING ADDRESS: 1801 North "J" Street, Apartment 202D, Las Vegas,
Nevada
I hereby certify that this child was born alive on the date above at 12:05pm
18A. SIGNATURE: Harrison H. Sheld M.D.
18B. ATTENDANT AT BIRTH: M.D.
18C. ADDRESS: Harrison H. Sheld M.D. Las Vegas, Nevada
18D. DATE SIGNED: 07/18/67
19. DATE REC'D BY LOCAL REG.: JUL 25 1967
20. Helen Davis Dep.

**FILING OFFICE COPY**



Uniform Commercial Code
P.O. Box 13193
Austin,Texas 78711-3193



Rolando B. Pablos
Secretary of State

## Office of the Secretary of State

September 20, 201
Page 1 of

DICKSON, MICHAEL GEORGE
Attn:
8610 Woodpath ln
Houston, TX 77075 -

Filing Fee:        $5.0

**Total Filing Fee:**     $5.0

Re: **Texas UCC Amendment Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data
that was indexed into our system.

Initial Filing Type: **Financing Statement**

Amendment Filing Number: 17-00319355          Initial Filing Number: 16-0030979843

Filing Date: **09/20/2017**          Filing Time: **12:44 p.m.**          Lapse Date: **09/20/2021**

Document Number: 762482950002

Amendment Type: **Collateral Change**

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.
User ID:    WEBSUBSCRIBER

**UCC FINANCING STATEMENT AMENDMENT**

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
DICKSON, MICHAEL GEORGE 5108710369

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
DICKSON, MICHAEL GEORGE
8610 Woodpath ln
Houston, TX 77075
USA

**FILING NUMBER: 17-00319355**
FILING DATE: 09/20/2017     12:44 PM
DOCUMENT NUMBER: 762482950002
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
16-0030979843

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and also name of Assignor in item 9.
For partial assignment, complete item 7 and 9 and also indicate affected collateral in item 8.

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. **AND** Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c  ☐ ADD name: Complete item 7a or 7b, and item 7c  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**8.** ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

all inventory associated with, coming from, or pertaining to the Birth
Certificate/Inheritance bond previously listed, including, but not limited to,
all Treasury Direct Accounts, all Social Security Accounts, all Securities and
Hypothecated funds derived from, all Bank Accounts and the assets/cash/book
entry credit within, all Accounts Receivable, all Chattel Paper, all Real
Estate, all Collateral Proceeds and Collateral Products

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME **DICKSON** | FIRST PERSONAL NAME **MICHAEL** | ADDITIONAL NAME(S)/INITIAL(S) **GEORGE** | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY**

2018-CI-01628

**NOTICE: THIS DOCUM**   438TH JUDICIAL DISTRICT COURT

'Cause Num DICKSON M GEORGE VS BOARD OF GOVERNOS O

DATE FILED: 01/29/2018   *.is form)*

Plaintiff: Malik iBey

In the   (check one):

☐ District Court

*(Print first and last name of the person filing the lawsuit.)*

And   Court
Number

☐ County Court / County Court at Law

☐ Justice Court

Defendant: B.O.G.Federal ReserveSystem   _____ Texas

*(Print first and last name of the person being sued.)*   *County*

**AFFIDAVIT OF INABILITY**

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: Maldig M Koere Bey   My date of birth is ████████

*First*   *Middle*   *Last*   *Month/Day/Year*

My address is: *(Home)* 6610 Woodpath Ln

*(Mailing)* _____

My phone number: 510-871-0369 My email: dicksonmichad 1968 @gmail .com

About my **dependents**: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 ████████ | 11 | daughter |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☑ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☐ I receive these **public benefits/government entitlements** that are based on indigency:

*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☐ Food stamps/SNAP   ☐ TANF   ☐ Medicaid   ☐ CHIP   ☐ SSI   ☐ WIC   ☐ AABD
☐ Public Housing or Section 8 Housing   ☐ Low-Income Energy Assistance   ☐ Emergency Assistance
☐ Telephone Lifeline   ☐ Community Care via DADS   ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

FILED
2018 JAN 29 P 2
DONNA KAY MCKINNEY
DISTRICT CLERK
BEXAR COUNTY
BY: _____ DEPUTY

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*   Page 1 of 2