# EXHIBIT 2

CAUSE NO. 2018-CI-01628

|  |  |  |
|---|---|---|
| MICHAEL GEORGE DICKSON, aka MALIK M S BEY | ) ) ) |  |
|  | ) | IN THE DISTRICT COURT |
| Plaintiff, | ) |  |
|  | ) | 438TH JUDICIAL DISTRICT |
| v. | ) |  |
|  | ) | BEXAR COUNTY, TEXAS |
| BOARD OF GOVERNORS OF FEDERAL RESERVE SYSTEM | ) ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

## DEFENDANT BOARD OF THE GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S NOTICE OF FILING NOTICE OF REMOVAL

TO:   Donna Kay McKinney
      Bexar County District Clerk
      101 W. Nueva, Suite 217
      San Antonio, Texas  78205

        Please take notice that the United States Attorney for the Western District of Texas, acting on behalf of the Board of Governors of the Federal Reserve System, filed in the U.S. District Court for the Western District of Texas, San Antonio Division, a Notice of Removal of the above-entitled action to the United States District Court.  A copy of the Notice of Removal is attached hereto, pursuant to the requirements of 28 U.S.C. § 1446(d).  You are respectfully directed to that provision of 28 U.S.C. § 1446(d) that provides:

        Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, **which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.**  (Emphasis added).

Dated:  March 1, 2018

Respectfully submitted,

Richard L. Durbin, Jr.
United States Attorney

By:    /s/Joseph C. Rodriguez
Joseph C. Rodriguez
Assistant United States Attorney
Counsel for the Board of Governors of the
Federal Reserve System
601 NW Loop 410, Suite 600
San Antonio, Texas  78216-5597
Tel: 210-384-7305
Fax: 210-384-7312

Katherine H. Wheatley
Associate General Counsel

By:    /s/Yonatan Gelblum
Counsel for the Board of Governors of the
Federal Reserve System
20th & C Streets, N.W.
Washington, D.C.  20551
Tel: 202-452-2046
Fax: 202-736-5615
Email: Yonatan.gelblum@frb.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 1ST day of March 2018, a true and correct copy of the foregoing was served via first class mail on:


Malik Mikaere Saleem Bey
8610 Woodpath Ln
Houston, TX 77075-5738


Joseph C. Rodriguez
Assistant United States Attorney

3