# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN                    DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.  Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1.  Please identify the court from which the case is being removed; the case number; and the complete style of the case.

    Bexar County District Court , 438th Judicial District Court; No. 2018-CI-01628; Malik-Mikaere: Saleem Bey, DBA Dickson Michael George v. Board of Governors of the Federal Reserve System.

2.  Was jury demand made in State Court?        Yes ☐        No ☒

    If yes, by which party and on what date?

    _____        _____
    Party Name                                                                  Date

---

**STATE COURT INFORMATION:**

1.  List all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

    Plaintiff Malik Mikaere Saleem Bey (pro se)
    8610 Woodpath LN
    Houston, TX 77075-5738

    Defendant Board of Governors of the Federal Reserve System
    Assistant U.S. Attorney Joseph C. Rodriguez
    U.S. Attorney's Office
    601 NW Loop 410, Suite 600
    San Antonio, TX 78216
    210-384-7305 (phone)
    210-384-7312 (fax)

---

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   Board of Governors of the Federal Reserve System - process not properly served on registered agent.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

---

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   N/A

---

**VERIFICATION:**

_Joseph - _____        _3/1/18_
Attorney for Removing Party        Date

Board of Governors of the Federal Reserve System
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)