# EXHIBIT 5

  

2018CI01628 -P00007

# DONNA KAY M<sup>c</sup>KINNEY
## DISTRICT CLERK

### REQUEST FOR ABSTRACT OF JUDGMENT/WRIT OF EXECUTION

**Style:**

Malik M S Bey

**VS.**

BOARD OF GOVERNORS OF THE F

**Case Number:** 2018CI01628

**Court:** 438

**Date of Judgment:** 20FEB2018

**Date:** 21FEB2018

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REQUEST THE FOLLOWING: (Check all that apply)**

■ ABSTRACT OF JUDGMENT   ■ WRIT OF EXECUTION   □ WRIT OF EXECUTION/ORDER OF SALE

□ CERTIFICATE OF RENEWAL   □ WRIT OF POSSESSION   □ OTHER _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLEASE FILL OUT THE FOLLOWING: (Issuance may be delayed due to lack of information.)**

**Name of Plaintiff:** DICKSON MICHAEL GEORGE

**Plaintiff's Address:** c/o 8610 Woodpath Ln. Houston Texas [77075]

**(1) Name of Defendant:** BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

**Defendant's Address:** 20th Street and Constitution Avenue N.W., Washington, DC 20551

**Driver's License No.:** _____   **Date of Birth:** _____

**(2) Name of Defendant:** _____

**Defendant's Address:** _____

**Driver's License No.:** _____   **Date of Birth:** _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NAME OF ATTORNEY/PRO SE: Malik-Mikaere: Saleem-Bey

ADDRESS: c/o 8610 Woodpath ln Houston Texas [77075]

PHONE NUMBER: 510-871-0369

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BALANCE DUE ON JUDGMENT: 3,156,100,431 USD 15NOV2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SPECIAL INSTUCTIONS:**   □ **MAIL WHEN READY**   ■ **Call when ready** 510-871-0369

(Self-Addressed Stamped Envelope Must Be Provided)

| For Office Use Only: |
| --- |
| Name: _____   Date: ___/___/___ |

DOCUMENT SCANNED AS FILED

DETAIL INFORMATION SELECTED:

| | |
|---|---|
| Cause Number: | **2018CI01628** |
| Business/Last Name: | **MICHAEL GEORGE DICKSON** |
| Litigant Type: | **OTHER** |
| Style: | **MALIK M S BEY**<br>**vs BOARD OF GOVERNORS OF THE FEDERAL**<br>**RESERVE SYSTEM** |
| Court: | **438** |
| Date Filed: | **01/29/2018** |
| Docket Type: | **OTHER REAL PROPERTY** |
| Case Status: | **PENDING** |

*Information as of: 02/07/2018 10:25:46 AM.*

**DOCUMENT SCANNED AS FILED**

Cornell Law School

Federal Rules of Civil Procedure › TITLE VII. JUDGMENT › Rule 55. Default; Default Judgment

# Rule 55. Default; Default Judgment

(a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) ENTERING A DEFAULT JUDGMENT.

(1) *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

(2) *By the Court.* In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to:

(A) conduct an accounting;

(B) determine the amount of damages;

(C) establish the truth of any allegation by evidence; or

(D) investigate any other matter.

(c) SETTING ASIDE A DEFAULT OR A DEFAULT JUDGMENT. The court may set aside an entry of default for good cause, and it may set aside a final default judgment under Rule 60(b).

(d) JUDGMENT AGAINST THE UNITED STATES. A default judgment may be entered against the United States, its officers, or its agencies only if the claimant establishes a claim or right to relief by evidence that satisfies the court.

DOCUMENT SCANNED AS FILED

**CPU**



U.S. POSTAGE
**$6.70**
PRFL        0005
Orig: 78251
02/23/18
11113408

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

$ INSURANCE INCLUDED*

🚚 PICKUP AVAILABLE

\* Domestic only

**WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.**

FROM:

# PRIORITY
## ★ MAIL ★

**UNITED STATES
POSTAL SERVICE®**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Michael Debose
8615 Woodfield lane
Houston, TX 77075

18 FEB 26   AM 8:31
DISTRICT CLERK
BEXAR COUNTY
BY
DEPUTY

TO: Bexar County District Clerk
101 W Nueva, Suite 217
San Antonio, TX 78205 - 3411

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

This envelope is made from post-consumer waste. Please recycle — again.

Expected Delivery Day: 02/24/2018

## USPS TRACKING NUMBER



9505 5265 4736 8054 2056 92

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



**UNITED STATES
POSTAL SERVICE®**

DOCUMENT SCANNED AS FILED

CERTIFIED MAIL #70160600000041394773

**Case Number: 2018-CI-01628**

2018CI01628  S00001

**MALIK M S BEY**

vs.

**BOARD OF GOVERNORS OF THE FEDERAL RESER**

(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
438th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

**DIRECTED TO:**    GOVERNORS OF THE FEDERAL RESERVE SYSTEM



AFFIDAVIT OF

20TH CONSTITUTIONA AVE -
N W WASHINGTON DC 20551

LIABILITY

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL ADMINISTRATIVE ACT: SURCHARGING AFFIDAVIT OF TRUTH AND FACT, a default judgment may be taken against you." Said CITATION with ORIGINAL ADMINISTRATIVE ACT: SURCHARGING AFFIDAVIT OF TRUTH AND FACT was filed on the 29th day of January, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 1ST DAY OF February A.D., 2018.

MALIK MIKAERE SALEEM BEY
ATTORNEY FOR PLAINTIFF
8610 WOODPATH LN
HOUSTON, TX 77075-5738

M|0  2|1|18

**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Isaias Ibarra*, Deputy

---

**MALIK M S BEY**
vs
**BOARD OF GOVERNORS OF THE FEDERAL RESER**

**Officer's Return**

Case Number: 2018-CI-01628
Court:438th Judicial District Court

Came to hand on the 1st day of February 2018, A.D., at 1:27 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20_____, by deilverting to: _____ at 20TH CONSTITUTIONA AVE N W WASHINGTON DC 20551 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL ADMINISTRATIVE ACT: SURCHARGING AFFIDAVIT OF TRUTH AND FACT.

Cause of failure to execute this Citation is _____.

**Donna Kay McKinney**
Clerk of the District Courts of
Bexar County, TX

By: *Isaias Ibarra*, Deputy

FILE COPY (DK003)

**DOCUMENT SCANNED AS FILED**

CERTIFIED MAIL #70160600000041394773

**Case Number: 2018-CI-01628**    2018CI01628   S00001

**MALIK M S BEY**

vs.

**BOARD OF GOVERNORS OF THE FEDERAL RESER**

(Note: Attached document may contain additional litigants).    **CITATION**

IN THE DISTRICT COURT
438th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

**DIRECTED TO:**    GOVERNORS OF THE FEDERAL RESERVE SYSTEM



AFFIDAVIT OF LIABILITY

20TH CONSTITUTIONA AVE
N W WASHINGTON DC 20551

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL ADMINISTRATIVE ACT: SURCHARGING AFFIDAVIT OF TRUTH AND FACT, a default judgment may be taken against you." Said CITATION with ORIGINAL ADMINISTRATIVE ACT: SURCHARGING AFFIDAVIT OF TRUTH AND FACT was filed on the 29th day of January, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 1ST DAY OF February A.D., 2018.

MALIK MIKAERE SALEEM BEY
ATTORNEY FOR PLAINTIFF
8610 WOODPATH LN
HOUSTON, TX 77075-5738

M|0  2|1|18

**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Isaias Ibarra,* Deputy

---

**MALIK M S BEY**
vs
**BOARD OF GOVERNORS OF THE FEDERAL RESER**

**Officer's Return**

**Case Number: 2018-CI-01628**
**Court:438th Judicial District Court**

Came to hand on the 1st day of February 2018, A.D., at 1:27 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20_____, by delivering to: _____ at 20TH CONSTITUTIONA AVE N W WASHINGTON DC 20551 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL ADMINISTRATIVE ACT: SURCHARGING AFFIDAVIT OF TRUTH AND FACT.

Cause of failure to execute this Citation is _____.

**Donna Kay McKinney**
Clerk of the District Courts of
Bexar County, TX
By: *Isaias Ibarra,* Deputy

FILE COPY (DK003)

**DOCUMENT SCANNED AS FILED**



2018-CI-01628

438TH JUDICIAL DISTRICT COURT

DICKSON M GEORGE  VS BOARD OF GOVERNOS O

DATE FILED: 01/29/2018

. 2018CI01628 -P00001

1. Malik-Mikaere: Salee
   DBA DICKSON MICHAEL _____
2. Bailiff/Sole beneficiary/Holder in Due Course
   Auth. Rep of MICHAEL GEORGE DICKSON Llc
3. S.S. ⬛⬛⬛⬛  EIN ⬛⬛⬛⬛⬛ ]
   c/o Non-Domestic Foreign mail PMB 8610 Woodpath Ln.
4. Houston Territory, Texas Republic—without the U.S.
   [77075]

5.

6.                    **Administrative act:**
                 Surcharging Affidavit of truth and fact.
7.

8. 19JAN2018

9. Via Subrogate: DICKSON MICHAEL GEORGE, )   D-U-N-S No.:05-987-3884 Public record
                        Equitable Demandent, )   Reg mail:
10. vs.                                        )        **Complaint Bill**
    BOARD OF GOVERNORS OF THE FEDERAL          )
11. RESERVE SYSTEM                             )
    20th ST. & Constitutional Ave N.W.         )   **Annulment of perpetual Justitium**
12. Washington D.C. 20551                      )
    D-U-N-S No.: 00-195-9410                   )
13.                 Respondent et al,          )

14.

15. **Respondeat Superior** et al;

16.

17. 11/15/2017 A Legally validated, "Versacheck Security Business", third party

18. "Validated DNA Secure Check", verifiable at "gValidate.com"; Draft No:1808,

19. account # ⬛⬛⬛⬛ was lawfully sent for processing, (via Bank of America

20. checking account San Antonio) to the F.R.B. 1000 PEACHTREE ST. ATLANTA GA.

21. 30309, and was returned stamped "FRAUD". "RETURN REASON-N ALTERED/FICTITIOS"

22. **(EX. A)**. Due Diligence being mandatory in the financial industry, **Ignorantia**

23. **juris non excusat**, the **ex delicto** action taken is in violation of the

24. following Laws and Statutes, **inter alia.**

25. **1)RICO**: TITLE 18 U.S. CODE § 1961/62/63/64.65/66/67/68

26. **2)Malpractice**: improper, illegal, or negligent professional activity or

27. treatment, especially by a medical practitioner, lawyer, or public official

28.

Complaint Bill – 1

**DOCUMENT SCANNED AS FILED**

3) **Subreption**: the deliberate concealment or misrepresentation of facts in order to gain some benefit or advantage.

4) **Statements or Entries Generally**: TITLE 18 U.S. CODE § 1001

5) **Fraud and related activity in connection with identification documents, authentication features, and information alleging facts contrary to truth.** :18 U.S. Code § 1028

6) The Unwarranted imposition of **Capitis Diminutio Maxima** upon One's being.

7) **Defamation of Character**: McGowen v. Prentice, La.App.,341 So.2d 55, 57

8) **Fraudulent Concealment**: Newell Bros. v. Hansen, 97 Vt.297, 123 A. 208, 210

9) **Grand larceny**: the offense of illegally taking the property of another—in which the value of the property taken is greater than that set for petit larceny.

10) **Depravation of Rights Under Color of Law**: TITLE 18 U.S. CODE § 242

11) **False Imprisonment**: Johnson vs. Jackson 43 Ill.APP2d 251, 193 N.E.2d 485, 489

12) **libel**: Bright v. Los Angeles School Dist. 51 Cal. App. 3d 852, 123 Cal. Rptr. 598, 604.

## Asseveration of fact

Being formerly known as Michael-George: Dickson, **(born, affected, declined, incorporated** and **escheated** ⬛⬛⬛ 1967); I am **Malik-Mikaere: Saleem Bey**, a Living/Sentient, **Plenipotentiary** free man on the land, until legally and factually, proven otherwise, do hereby assert **Devine, Spiritual, Personal, and Subject Matter Jurisdiction** with "**Clean Hands**", having reached the age of "**Majority**", **In Propria Persona, Pro Se, Sui Juris** and **affirming** the **Revendication actions** taken and listed herein, are **Specifically** for these **Intents and Purposes**:

Complaint Bill - 2

DOCUMENT SCANNED AS FILED

1    1) Refute: **"ATTENDED BY A PHYSICIAN"**, [Cretin] Birth certificate
2       medical diagnoses.
3    2) Refute: "Minority/Wardship Status"
4    3) Refute: All foreign/external/Fraudulent (based on acquiescence due
5       to Surcharge) Fiduciary/Custodian/Power of Attorney claims imposed
6       upon the legal entity/Debtor known MICHAEL GEORGE DICKSON.
7    4) Asseveration of: National Identity, Honor and Equity
8    5) Asseveration of: **"American"**, **"Natural Person"**, **"IN FULL LIFE"** Status
9    6) Asseveration of: **Right to Demand**; In full, all "Inheritances"
10      corporal and incorporeal, in accord with **ARTICLE 22 "TREATY OF PEACE**
11      **AND FRIENDSHIP"** [1200] **1787.**
12   7) Asseveration of: **"Sole Allodium, Inalienable Birthright"** Entity
13      ownership and account management for all **"Freehold Estate"** assets
14      proceeds and products pertaining to, originating from and/or
15      consisting of, **inter alia**;
16         A) Accounts receivable
17         B) Inventory
18         C) Assets
19         D) Accounts
20         E) Chattel paper

22                       **Revendication Actions Promulgated**

24   1)Articles of Organization, formed 7/16/1967 under laws of Nevada, USA
25   (EX. B)
26   2)[Birth Certificate] Inheritance/Estate Bond with correlating Transaction
27   I.D. (EX. C)

                           Complaint Bill - 3


                  **DOCUMENT SCANNED AS FILED**

1  3)UCC Financing Statement listing Collateral, debtor and Secured Party

2  (EX. D)

3  4)UCC Financing Amendment claiming any and all Assets (EX. E)

4  5)"Perfection of security interest" in accord with U.C.C Section 9-303

5  PUBLIC RECORD DUNN&BRADSTREET 05-9873884.

6

7  ## Sworn Asseveration Under Penalty Of Perjury

8

9  I am, Malik-Mikaere: Saleem Bey, being of sound Mind and Body, in-Justness,

10  having reached the age of Majority, Competent to conduct One's Own Affairs,

11  and hereby making this Asseveration, In Propria Persona, Pro Se, Sui Juris,

12  do Solemnly State, Declare & Swear that the Truths and Facts herein are;

13  firsthand personal knowledge, of One's own Volition, ~~Non-Accumpsit,~~ Correct,

14  Certain, Relevant, Deliberate and Complete Juris et de jure: I am, Malik-

15  Mikaere: Saleem Bey, affirming Nunc pro tunc; never in the past, not now, nor

16  ever in the future, do I intend to purposely or otherwise avail myself to be

17  held in; physical, mental, spiritual, magical, factual, economic,

18  Hypothetical, theoretical, philosophical involuntary or voluntary; slavery,

19  wardship, drudgery, serfdom, tenant/vassalage, captivity, bondage, servitude,

20  thralldom, peonage, occupation, subjugation, benefits, privileges, and/or

21  opportunities offered, in any shape, form or fashion whatsoever, irrelevant

22  of nomen or type of enactment. Leges posteriores priores contrarias abrogant.

23

24  ## Judgement in Default/Decree/Effect

25

26  Having Plenum Dominium with Sole Jurisdiction of, by, for and in Jus Divinum,

27  [and in acceptance with U.S. Public law: Chap. 48, 48 Stat. 112] do hereby

28  Decree/order all relevant entities/parties to: Honor One's Checks/Drafts,

Complaint Bill - 4

DOCUMENT SCANNED AS FILED

1  allowing one access to One's own book entry credit, fiscal value 11/15/2017:

2  3,156,100,431 USD. Account numbers: [SS███████, [EIN███████ and [D-U-N-

3  S]███████ thereby making one who's name is on the[minority] account's

4  [held in custodial/majority TD accounts] the sole "Entity Account Manager"

5  **or**; Establish the same with equivocal account/s **or**; issuance of a [cashier's]

6  check for the "amount to date" fiscal value of the accumulated Estate's

7  mortgages, dividends products and proceeds **or** Cash me out. Obedience to the

8  law being de jure and de facto mandatory. **Actus judicarius coram non judice**

9  **irritus habetur; de ministerial autem a quocunque provenit ratum esto.**

10

11                              **Rebuttals**

12

13  Any **"Natural Person"**, **man or woman**, having **firsthand irrefutable personal**

14  **knowledge and evidence** of all facts herein and having absolute power and

15  authority to rebut this "Affidavit/complaint" must do so in their Proper

16  Person, sui juris, affirming their own volition, with the rebutting party's

17  own name and signature, endorsement notarized, under penalty of perjury,

18  willing to testify, executed as true, correct, and complete with positive

19  proof attached. Absent positive proof any rebuttal shall be deemed null and

20  void having no force or effect, thereby waiving any counter claimant

21  immunities or defenses. Any rebuttal shall be mailed to the Demandant and the

22  Notary address within 21 calendar days of receipt of this Affidavit. Absent

23  of rebuttals received by both the Demandant and the Notary within 21 days of

24  receipt said Affidavit, this "Asseveration of Truth and Fact" shall stand

25  Authentic with full force of Law.

**DOCUMENT SCANNED AS FILED**

1   I now affix my Signature & Seal giving value to this, Sworn under Penalty of

2   Perjury "Surcharging Affidavit of Truth and Fact".

3   Without Prejudice, Under Reserve,

4   Author, Legal Demandant: Malik:Bey

5   Malik-Mikaere: Saleem Bey, GRANTOR, Auth. Rep.

6   for MICHAEL GEORGE DICKSON, ▬▬▬▬▬]

7

8                              **JURAT**

9   STATE OF TEXAS )
                   )
10  COUNTY OF BEXAR)

11  SUBSCRIBED AND SWORN TO BEFORE ME on this 24 Day of JAN. , 2018,

12  by Malik-Mikaere: Saleem Bey, proved to me on the basis of satisfactory

13  evidence to be the man who appeared before me.

14

15

16  ⎰Keanu CMorgins⎱

17  - Place Notary Signature Above -

18  Commission Expires 02|09|2020

                        ┌─────────────────────────────┐
                        │  KEANU QUINN MARQUEZ         │
                        │  Notary Public, State of Texas │
                        │  Comm Expires 02-09-2020      │
                        │  Notary ID 130530282          │
                        └─────────────────────────────┘

19

20

21

22

23

24

25

26

27

28                                                      Seal:



Complaint Bill - 6

DOCUMENT SCANNED AS FILED

x Malik: Bey

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.



**MICHAEL GEORGE DICKSON**
8610 WOODPATH LN
HOUSTON, TX 77075
510-871-0369

**FRB**
1000 PEACHTREE ST, N.E.
ATLANTA, GA 30309-4470
866-234-5681

05-10
00033

$E_{x.} A$

**1008**

DATE        *11/13/2017*

*Reference:*

PAY        **MICHAEL GEORGE DICKSON Llc**        $        **7,000.00**

*SEVEN-THOUSAND AND 00/100*********************************************************** DOLLARS

TO THE
ORDER
OF
**MICHAEL GEORGE DICKSON Llc**
8610 WOODPATH LN
HOUSTON, TX 77075

VALIDATED DNA SECURE® CHECK
Verify at gValidate.com

Memo _____

*\*111012822\**
*11/15/2017*
*323309173*

**ALTER/FICT**



This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

**RETURN REASON-N
ALTERED /
FICTITIOUS**

*\*18370001\**
*\*7251\**
*\*1\**
*\*02203\**



$E_{x.} A$

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Carlos H. Cascos
Secretary of State

Ex.B

# Office of the Secretary of State

## CERTIFICATE OF REGISTRATION OF NAME
## OF

### MICHAEL GEORGE DICKSON

The undersigned, as Secretary of State of Texas, hereby certifies that the above organization formed under the laws of Nevada, USA has registered its name in this office pursuant to the provisions of Section 5.152 of the Texas Business Organizations Code effective through 09/07/2017.

Issuance of this certificate of registration does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 09/07/2016



Carlos H. Cascos
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555
Prepared by: Carol Covey

Fax: (512) 463-5709
TID: 10316

Dial: 7-1-1 for Relay Services
Document: 688400500004

DOCUMENT SCANNED AS FILED

| Form 502 |  |  |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $40 | <br><br>**Application for Registration<br>of an Entity Name** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 802536198 09/07/2016<br>Document #: 688400500004<br>Image Generated Electronically<br>for Web Filing** |



### Entity Name

The organization named below is a foreign filing entity not registered to do business in Texas, and submits this application to register its name under sections 5.151 to 5.152 of the Texas Business Organizations Code.

**MICHAEL GEORGE DICKSON**

### Entity Address

**8610 WOODPATH LN, HOUSTON, TX, USA 77075**

### Jurisdiction and Date of Formation

The organization was formed on **7/16/1967** under the laws of **NEVADA, USA**

### Nature of Business

The nature of the organization's business is:

**Solicitor,INTERNATIONAL TRADE, TRUST**

### Certification of Existence

The undersigned authorized person certifies that the organization validly exists and is doing business under the laws of its jurisdiction of formation as a:

**Foreign Limited Liability Company (LLC)**

### Letter of Consent

A letter of consent, if required is attached.

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **September 7, 2016**        **Hilear Godwin**

                        Signature of applicant, applicant's attorney or agent

**FILING OFFICE COPY**

DOCUMENT SCANNED AS FILED

**VitalChek Receipt**
**Nevada Vital Records**

Ex. C

Date / Time: **5/9/2017 05:31 PM CDT**
Order Number: **67401384**
Line Item: **1 of 2**
Certificate Type: **BIRTH CERTIFICATE**
Name on Certificate: **MICHAEL GEORGE DICKSON**
. Event Date:
Number of Copies: **1**
Applicant's Phone: **(510)-871-0369**

**MICHAEL DICKSON**
**8610 WOODPATH LN.**
**HOUSTON, TX 77075**

**Method of Delivery:**
**UPS Air**

Authorization Code: **07397D**

| | |
|---|---:|
| Agency Fee: | **$40.00** |
| Other Agency Fee: | **$0.00** |
| Misc Fee: | **$0.00** |
| Shipping: | **$20.00** |
| VCN Handling: | **$12.50** |
| **Total Order Fees:** | **$72.50** |

DOCUMENT SCANNED AS FILED

# STATE OF NEVADA
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
#### DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
#### VITAL STATISTICS

STATE OF NEVADA—DEPARTMENT OF HEALTH AND WELFARE
DIVISION OF HEALTH—SECTION OF VITAL STATISTICS

**CERTIFICATE OF LIVE BIRTH**

Registrar's No. **2384**    BIRTH NO. 127

67-004233

**1. PLACE OF BIRTH: STATE OF NEVADA**
- A. COUNTY: **Clark**
- B. CITY, TOWN, OR LOCATION: **Las Vegas**
- C. NAME OF HOSPITAL OR INSTITUTION (If not in hospital, give street address): **So. Nevada Memorial Hospital**
- D. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES ☒ NO ☐

**2. USUAL RESIDENCE OF MOTHER (Where does mother live?)**
- A. STATE: **Nevada**
- B. COUNTY: **Clark**
- C. CITY, TOWN, OR LOCATION: **Las Vegas**
- D. STREET ADDRESS: **1801 North "J" Street, Apartment 202D**
- E. IS RESIDENCE INSIDE CITY LIMITS? YES ☒ NO ☐
- F. IS RESIDENCE ON A FARM? YES ☐ NO ☒

**CHILD**
- 3. NAME (Type or print): (First) **Michael** (Middle) **George** (Last) **Dickson**
- 4. SEX: **Male**
- 5A. THIS BIRTH: SINGLE ☒ TWIN ☐ TRIPLET ☐
- 5B. IF TWIN OR TRIPLET, WAS CHILD BORN: 1st ☐ 2D ☐ 3D ☐
- 6. DATE OF BIRTH: (Month) ___ (Day) ___ (Year) ___

**FATHER**
- 7. NAME: (First) **Velvet** (Middle) **Lee** (Last) **Dickson**
- 8. COLOR OR RACE: **Negro**
- 9. AGE (At time of this birth): **26** YEARS
- 10. BIRTHPLACE (State or foreign country): **Texas**
- 11A. USUAL OCCUPATION: **Commercial Artist**
- 11B. KIND OF BUSINESS OR INDUSTRY: **Own Account**

**MOTHER**
- 12. MAIDEN NAME: (First) **Dorothy** (Middle) **Lavon** (Last) **Haywood**
- 13. COLOR OR RACE: **Negro**
- 14. AGE (At time of this birth): **24** YEARS
- 15. BIRTHPLACE (State or foreign country): **California**
- 16. PREVIOUS DELIVERIES TO MOTHER (Do NOT include this birth):
  - a. How many OTHER children are now living? **2**
  - b. How many OTHER children were born alive but are now dead? **0**
  - c. How many fetal deaths (stuses born dead at ANY time after conception)? **0**

**17. INFORMANT'S SIGNATURE** *Dorothy Lavon Haywood Dickson*

**18. MOTHER'S MAILING ADDRESS**
1801 North "J" Street, Apartment 202D, Las Vegas, Nevada

I hereby certify that this child was born alive on the date stated above at **12:05** P.M.

- 18A. SIGNATURE: *Harrison H. Sheld, MD* M.D. ☒ D.O. ☐
- 18B. ATTENDANT AT BIRTH: OTHER (Specify) ☐
- 18C. ADDRESS: **Harrison H. Sheld, M.D., Las Vegas, Nevada**
- 18D. DATE SIGNED: **7/18/67**

**19. DATE REC'D. BY LOCAL REG.** JUL 25 1967
**20. REGISTRAR'S SIGNATURE** *Helen Davis, Dep.*
**21. DATE ON WHICH GIVEN NAME ADDED** BY ___ (Registrar)

0 0 0 6 7 2 7 5 0

CERTIFIED COPY OF VITAL RECORDS

This is a true and exact reproduction of the document officially registered and placed on file in the office of the State Registrar and Vital Records.

DATE ISSUED: MAY 10 2017

This copy is not valid unless prepared on engraved border displaying date, seal and signature of Registrar.

STATE REGISTRAR *Cody L. Phinney*



GREAT SEAL OF THE STATE OF NEVADA

STATE OF NEVADA — OFFICE OF THE STATE REGISTRAR OF VITAL RECORDS — DEPARTMENT OF HEALTH AND HUMAN SERVICES

DOCUMENT SCANNED AS FILED

Ex. D

Uniform Commercial Code
P.O. Box 13193
Austin,Texas 78711-3193



Carlos H. Cascos
Secretary of State

## Office of the Secretary of State

September 20, 2016
Page 1 of 1
Filing Fee:     $5.00

DICKSON, MICHAEL GEORGE
Attn: MICHAEL GEORGE DICKSON
8610 Woodpath ln
Houston. TX 77075 -

Total Filing Fee:     $5.00

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Initial Filing Number: 16-0030979843          Filing Date: 09/20/2016          Filing Time: 6:47 a.m.

Lapse Date: 09/20/2021          Document Number: 690396240002

| Party Type | Party Name and Address |
|---|---|
| Secured Party | **DICKSON MICHAEL GEORGE** |
| | **8610 WOODPATH LN., HOUSTON, TX, USA,** |
| Debtor | **MICHAEL GEORGE DICKSON** |
| | **8610 WOODPATH LN., HOUSTON, TX, USA,** |
| Debtor | **MICHAEL GEORGE DICKSON LLC** |
| | **8610 WOODPATH LN., HOUSTON, TX, USA,** |

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID: WEBSUBSCRIBER

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Phone:  512-475-2703          Fax:  512-463-1423          Dial 7-1-1 for Relay Services

## DOCUMENT SCANNED AS FILED

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>MICHAEL GEORGE DICKSON 5108710369 | **FILING NUMBER: 16-0030979843**<br>**FILING DATE:** 09/20/2016    06:47 AM<br>**DOCUMENT NUMBER:** 690396240002<br>**FILED: Texas Secretary of State**<br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>DICKSON, MICHAEL GEORGE<br>8610 Woodpath ln<br>Houston, TX 77075<br>USA | |

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Michael George Dickson | | | |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8610 Woodpath Ln. | Houston | | | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MICHAEL GEORGE DICKSON LLC | | | |
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8610 Woodpath Ln. | Houston | TX | | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Dickson | Michael | George | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8610 Woodpath Ln. | Houston | TX | | USA |

4. COLLATERAL: This financing statement covers the following collateral:
STATE OF NEVADA-DEPARTMENT OF HEALTH AND WELFARE
DIVISION OF HEALTH-SECTION OF VITAL STATISTICS
REGISTRAR'S No. 24984 CERTIFICATE OF LIVE BIRTH No. 127-67-004233
1. PLACE OF BIRTH: STATE OF NEVADA
A. COUNTY: CLARK
B. CITY, TOWN, OR LOCATION: Las Vegas

C. NAME OF HOSPITAL OR INSTITUTION: So. Nevada Memorial Hospital

D. IS PLACE OF BIRTH INSIDE CITY LIMITS: YES
2. USUAL RESIDENCE OF MOTHER (Where does mother live)
A. STATE: Nevada
B. COUNTY: Clark
C. CITY, TOWN, OR LOCATION: Las Vegas

D. STREET ADDRESS: 1801 North "J" Street Apartment 202D
E. IS RESIDENCE INSIDE CITY LIMITS: YES
F. IS RESIDENCE ON A FARM: NO
CHILD
3. NAME: Michael George Dickson

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☑ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☑ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
802536198

**DOCUMENT SCANNED AS FILED**

page 2

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| OR | 9a. ORGANIZATION'S NAME |
| | Michael George Dickson |
| | 9b. INDIVIDUAL'S SURNAME |
| | |
| | FIRST PERSONAL NAME |
| | |
| | ADDITIONAL NAME(S)/INITIAL(S)        SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| OR | 10a. ORGANIZATION'S NAME | | | | |
|----|----|----|----|----|----|
| | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| OR | 11a. ORGANIZATION'S NAME | | | |
|----|----|----|----|----|
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | Godwin | Hilear | | |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 8610 Woodpath Ln. | Houston | TX | | USA |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

4. SEX: Male

5. THIS BIRTH: single
6. DATE OF BIRTH: ▮▮▮▮
FATHER
7. NAME: Velvet Lee Dickson

8.COLOR OR RACE: Negro
9. AGE (At time of this birth):26 YEARS

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

DOCUMENT SCANNED AS FILED

3

UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| OR | 9a. ORGANIZATION'S NAME |
| | **Michael George Dickson** |
| | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)   |   SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**4. This FINANCING STATEMENT covers the following collateral:**

10. BIRTHPLACE (State or foreign country):Texas
11A. USUAL OCCUPATION: Commercial artist
11B. KIND OF BUSINESS OR INDUSTRY: Own Account
MOTHER
12. MAIDEN NAME:Dorothy Lavon Haywood

13. COLOR OR RACE: Negro

14. AGE (at time of birth): 24YEARS

15. BIRTHPLACE: California

16. PREVIOUS DELIVERIES BY MOTHER: 2
17. INFORMANT'S SIGNATURE: Dorothy Lavon Haywood Dickson
18. MOTHERS MAILING ADDRESS: 1801 North "J" Street, Apartment 202D, Las Vegas, Nevada
I hereby certify that this child was born alive on the date above at 12:05pm
18A. SIGNATURE: Harrison H. Sheld M.D.
18B. ATTENDANT AT BIRTH: M.D.
18C. ADDRESS: Harrison H. Sheld M.D. Las Vegas, Nevada
18D. DATE SIGNED: 07/18/67
19. DATE REC'D BY LOCAL REG.: JUL 25 1967
20. Helen Davis Dep.

**FILING OFFICE COPY**

DOCUMENT SCANNED AS FILED

Ex E



Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193

**Office of the Secretary of State**

Rolando B. Pablos
Secretary of State

September 20, 2017
Page 1 of 1

DICKSON, MICHAEL GEORGE
Attn:
8610 Woodpath ln
Houston, TX 77075 -

| Filing Fee: | $5.00 |
|---|---|
| **Total Filing Fee:** | **$5.00** |

**Re: Texas UCC Amendment Filing Acknowledgment**

—

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Financing Statement**

Amendment Filing Number: 17-00319355          Initial Filing Number: 16-0030979843

Filing Date: 09/20/2017          Filing Time: 12:44 p.m.          Lapse Date: 09/20/2021

Document Number: 762482950002

Amendment Type: **Collateral Change**

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID:     **WEBSUBSCRIBER**

UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
DICKSON, MICHAEL GEORGE 5108710369

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
DICKSON, MICHAEL GEORGE
8610 Woodpath ln
Houston, TX 77075
USA

**FILING NUMBER: 17-00319355**
FILING DATE: 09/20/2017    12:44 PM
DOCUMENT NUMBER: 762482950002
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**16-0030979843**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in Item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in Item 7a or 7b and address of Assignee in Item 7c and also name of Assignor in Item 9.
For partial assignment, complete Item 7 and 9 and also indicate affected collateral in Item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes. This Change affects ☐ Debtor or ☐ Secured Party of record. AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and Item 7c
☐ ADD name: Complete item 7a or 7b, and Item 7c
☐ DELETE name: Give record name to be deleted in Item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME |
|---|---|
| OR | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME |
|---|---|
| OR | |
| | 7b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

all inventory associated with,coming from, or pertaining to the Birth
Certificate/Inheritance bond previously listed, including, but not limited to,
all Treasury Direct Accounts, all Social Security Accounts, all Securities and
Hypothecated funds derived from, all Bank Accounts and the assets/cash/book
entry credit within, all Accounts Receivable, all Chattel Paper, all Real
Estate, all Collateral Proceeds and Collateral Products

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | 9a. ORGANIZATION'S NAME |
|---|---|
| OR | |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **DICKSON** | **MICHAEL** | **GEORGE** | |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

**DOCUMENT SCANNED AS FILED**

Malik : Bey

2018-CI-01628

NOTICE: THIS DOCUME ~ ~ 438TH JUDICIAL DISTRICT COURT

Cause Numb: DICKSON M GEORGE  VS BOARD OF GOVERNOS O

DATE FILED: 01/29/2018

2018CI01628 - P00004

form)

Plaintiff: Malik : Bey
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: B.O.G. Federal Reserve System
*(Print first and last name of the person being sued.)*

in the
*(check one):*
☐ District Court

Court Number ☐ County Court / County Court at Law

☐ Justice Court

Texas

County

AFFIDAVIT OF INABILITY

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: Malik M. Kaeve Bey

First   Middle   Last

My date of birth is: ▓▓▓▓▓
Month/Day/Year

My address is: (Home) 6610 Woodpath Ln

(Mailing) _____

My phone number: 510-971-0369  My email: dicksonmichael1969@gmail.com

About my **dependents:** "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 ▓▓▓▓▓▓▓▓▓ | 11 | daughter |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☑ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **• or -**

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☐ Food stamps/SNAP  ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ SSI  ☐ WIC  ☐ AABD

☐ Public Housing or Section 8 Housing  ☐ Low-Income Energy Assistance  ☐ Emergency Assistance

☐ Telephone Lifeline  ☐ Community Care via DADS  ☐ LIS in Medicare ("Extra Help")

☐ Needs-based VA Pension  ☐ Child Care Assistance under Child Care and Development Block Grant

☐ County Assistance, County Health Care, or General Assistance (GA)

☐ Other: _____

BY: _____

2018 JAN 29 P ____

DEPUTY

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ _O_ in monthly wages. I work as a _____ for _____
                 *Your job title*        *Your employer*

$ _____ in monthly unemployment. I have been unemployed since *(date)* _____

$ _____ in public benefits per month.

$ _____ from other people in my household each month:  *(List only if other members contribute to your
     household income.)*

$ _____ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
       ☐ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
       ☐ Child/spousal support
       ☐ My spouse's income or income from another member of my household *(if available)*

$ _____ from other jobs/sources of income. *(Describe)* _____

$ _____ is my *total* monthly income.

**5. What is the value of your property?**

"My property includes:

| | Value* |
|---|---|
| Cash | |
| Bank accounts, other financial assets | |
| _____ | $ |
| _____ | $ |
| _____ | $ |
| Vehicles (cars, boats) *(make and year)* | |
| _____ | $ |
| _____ | $ |
| _____ | $ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| _____ | $ |
| _____ | $ |
| _____ | $ |
| ***Total* value of property** → $ | |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My monthly expenses are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ |
| Food and household supplies | $ |
| Utilities and telephone | $ |
| Clothing and laundry | $ |
| Medical and dental expenses | $ |
| Insurance (life, health, auto, etc.) | $ |
| School and child care | $ |
| Transportation, auto repair, gas | $ |
| Child / spousal support | $ |
| Wages withheld by court order | $ |
| Debt payments paid to: *(List)* | |
| _____ | $ |
| _____ | $ |
| ***Total* Monthly Expenses** → $ | |

**7. Are there debts or other facts explaining your financial situation?**

"My debts include: *(List debt and amount owed)* _____
_____
_____

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to
this form labeled "Exhibit: Additional Supporting Facts.")  Check here if you attach another page.*☐

**8. Declaration**

"I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☐ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _Malik Bey_ . My date of birth is ████████

My address is _8610 Woodpath Ln Houston Tx_ _77075_
      *Street*        *City*   *State*   *Zip Code*  *Country*

_Malik Bey_ signed on _120/16_ in _Bexar_ County, _TX_
*Signature*         *Month/Day/Year*  *county name*     *State*

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*          Page 2 of 2



2018-CI-01628
438TH JUDICIAL DISTRICT COURT
DICKSON M GEORGE  VS BOARD OF GOVERNOS O
DATE FILED: 01/29/2018

**AFFIDAVIT OF INABILITY**

Pro Se Acknowledgement

Cause Number: _____

I have received, read and understand all of the Pro Se Hearing Guidelines. I agree to abide by these guidelines and understand that my failure to do so may result in adverse action against me, that I may be asked to leave the Courtroom, or that I may not receive the relief I am seeking.

If the opposing party will sign a **Waiver of Citation**, it is only valid if the notarized signature is dated <u>at least one (1) day after</u> the date the **Original Petition for Divorce** is filed.

If I am filing for a divorce or for a change in custody, and my spouse and I care for minor-age children, I will take the required class, **"Helping Children Cope with Divorce"**, <u>before</u> asking the court to enter a final Order or Decree. I understand that my divorce will not be granted without presenting the certificate of completion.

I understand that I may hire an attorney to represent me or, if I meet certain requirements, I may be entitled to free counsel. By choosing to voluntarily represent myself, I am now proceeding Pro Se. I will receive no special favors, assistance, or advice from the Judge, judicial staff, or clerks as they cannot and do not represent either party in the litigation. I will be expected to comply with all relevant rules of procedural, evidentiary, and substantive law. I understand that the filing and service fees are not refundable under any circumstance.

_Malik Bey_
Signature of Pro Se Litigant

_01/29/2018_
Date



DOCUMENT SCANNED AS FILED

Cause N[_____]

2018CI01628 -P00005

2018-CI-01628

438TH JUDICIAL DISTRICT COURT

DICKSON M GEORGE VS BOARD OF GOVERNOS O

DATE FILED: 01/29/2018

Court: _____

## **Request for Process**

Style: _____ Vs. _____

*AFFIDAVIT OF INABILITY*

**Request the following process: (Please check all that Apply)**

☐ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Application for Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept with*out* a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: Replevin

**1.**
**Name:** Board of governors of the Federal Reserve System
**Registered Agent/By Serving:** NW.
**Address** 20th st & Constitutional Ave. Washington D.C. 20551
**Service Type: (Check One)** ☐ Private Process ☐ Sheriff ☐ Constable Pct___ ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☒ Registered Mail ☐ Out of County ☐ Secretary of State ☒ Commissioner of Insurance

**2.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type: (Check One)** ☐ Private Process ☐ Sheriff ☐ Constable Pct ___ ☐ SA Express News ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Commissioner of Insurance

**3.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type: (Check One)** ☐ Private Process ☐ Sheriff ☐ Constable Pct ___ ☐ SA Express News ☐ Hart Beat ☐ CourthouseDoor
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Commissioner of Insurance

**4.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type: (Check One)** ☐ Private Process ☐ Sheriff ☐ Constable Pct___ ☐ SA Express Newes ☐ Hart Beat ☐ Courthouse Door
☐ Certified Mail ☐ Registered Mail ☐ Out of County ☐ Secretary of State ☐ Commissioner of Insurance

**Title of Document/Pleading to be Attached to Process:** _____

**Name of Attorney/Pro se:** Malik: Bey _____ **Bar Number:** _____
**Address:** 8610 Woodpath ln _____ **Phone Number:** 570-771-0536
Houston Tx 77075
**Attorney for Plaintiff** _____ **Defendant** X **Other** _____

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2018 JAN 29 PM 4:01
DEPUTY _____

2018 County 4:01

***IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED***

DOCUMENT SCANNED AS FILED

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK)*

2018-CI-01628

ᴼᴿK Use Only: 2018CI01628 -P00002

STYLED _____
*(e.g., John...)*

438TH JUDICIAL DISTRICT COURT

DICKSON M GEORGE VS BOARD OF GOVERNOS O

A civil case information sheet must be c...
health case or when a post-judgment peti...
the time of filing.

DATE FILED: 01/29/2018

ᶠ George Jackson)
tiate a new civil, family law, probate, or mental
The information should be the best available at

**1. Contact information for person completing case information sheet:** | **Names of parties in case:** | **Person or entity completing sheet is:**

Name: Malik Bey

Email: dicksonmichael1967@gmail.com

Telephone: ___

Address: 8610 Woodpath Ln

City/State/Zip: Houston Tx 77075

Fax: ___

Signature: Malik Bey

State Bar No: ___

Plaintiff(s)/Petitioner(s): Malik Bey

Defendant(s)/Respondent(s): Board of Gov. of the Federal Res. System

[Attach additional page as necessary to list all parties]

☐ Attorney for Plaintiff/Petitioner
☑ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: _____

Additional Parties in Child Support Case:

Custodial Parent: _____

Non-Custodial Parent: _____

Presumed Father: _____

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law |
|---|---|---|---|

AFFIDAVIT OF INDIGENCE

Post-judgment Actions (non IV-D)

| Contract | Injury or Damage | Real Property | Marriage Relationship |
|---|---|---|---|
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br><br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: Estate claim | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children |

☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**

☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

| | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
|---|---|---|---|---|
| | | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: | ☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: |

BY: _____
DEPUTY

2018 JAN 29 P 4:00

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

**4. Indicate damages sought** *(do not select if it is a family law case):*
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

DOCUMENT SCANNED AS FILED