Malik-Mikaere: Saleem-Bey Sole Proprietor
DBA DICKSON MICHAEL GEORGE: Secured Party
Bailiff/Sole Beneficiary/Holder in Due Course
Auth. Rep. of MICHAEL GEORGE DICKSON
S.S[553699839] EIN [814037782]

FILED
MAR 20 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

ADMINISTRATIVE ACT:

MICHAEL GEORGE DICKSON TRUST/LLC

| | |
|---|---|
| VIA SUBROGATE: DICKSON MICHAEL GEORGE | Case 5:18-cv-00205 |
| D-U-N-S.: 05-987-3884 | |
| Demandent, | Original Docket no.:2018CI01628 |
| vs. | |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM | MOTION FOR DEFAULT JUDGEMENT |
| 20TH ST. & CONSTITUTIONAL AVE N.W. | |
| WASHINGTON D.C. 20551 | |
| D-U-N-S NO.: 00-195-9410 | |
| Respondent et al, | |

The Jurisdiction of the Court and the Authority of my Estate, as it pertains to the matters contained within the complaint docket [2018CI01628] 5:18-cv-00205, has been Affirmed, Evidenced, Promulgated and Rendered to assert one's rights, in the Style of the Complaint (lacking any irrefutable documented evidence to the contrary) and is also based on the fact that it is presented as an Administrative Act. Furthermore, jurisdiction is dually vested in the assigned Subrogate DICKSON MICHAEL GEORGE holder of the Titles:

1) Authorized Legal Representative in all Colorable Venues

2) Secured Party

3) Plenipotentiary Judge

4) Steward

5) Bailiff

MOTION FOR DEFAULT JUDGEMENT - 1

These Titles are held specifically for the administration of all real property belonging to, known as or associated with MICHAEL GEORGE DICKSON [LLC], further confirming, evidencing, affirming and promulgating the "Sole" right to do so.

The only issue pertaining to and asserted by this claim/action are:

1) That I am fully aware of who and what I am.

2) I know what I am the owner of.

3) To Proclaim this personal knowledge on the public record via this public venue to "Be laid bare for all to see" using irrefutable documented evidence that already exists on the public record/ nationwide data base D-U-N-S 05-987-3884, The Texas Secretary of State's Office initial financing statement file number: 16-0030979843, State of Nevada/Clark County Birth No. 127-67-00423

4) To claim what I own, to be used by me, for my own personal use at my discretion.

The maleficent nature of the response, to complaint 5:18-cv-00205, from the "Respondeat superior; (let the master answer)" in their attempts subvert Jurisdiction and authority, has been initiated in the name of a fictitious entity/alias, which constitutes fraud by definition and is de jure a "contempt of court". Furthermore, this malicious intent is demonstrated in the fact that subtle variations have been made to the docket numbers on documents filled by the DOJ, and the secured party title of the subrogate has been rendered as a debtor, which would have removed all rights and legal standing, from the assigned subrogee in this court, if it would have gone un-rebutted.

## Summary

Based on the evidential establishment of the previous facts, / derived from the rights thereof, / having entered this venue "under Reserve", and claiming the right to own, possess and administer One's own property, the following assertions are hereby ordered:

Immediate enactment of default judgement, in full, by all effected and responsible parties effective immediately.

Dated this 13 of March 2018.

_____
Malik-Mikaere: Saleem-Bey

MOTION FOR DEFAULT JUDGEMENT - 2




**PRIORITY MAIL**

USPS TRACKING NUMBER

9505 5265 4736 8078 2187 46

Expected Delivery Day: 03/20/2018

FROM:
Sloto Woodpath 4 Ln
Houston TX 77075

TO: U.S. District Court
655 E Cesar Chavez Bl
G65
San Antonio 78206

RECEIVED
MAR 20 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

SCREENED BY CSO
MAR 20 2018

CV-5